UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HABEEB AUDU, ALADE KAZEEM SODIQ, ABDULAI KENNEDY SAAKA, and DOMINIC FRANCIS LABIRAN,<br><br>Defendants. | 19 Cr. 462 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court previously scheduled a jury trial in this matter set to begin on November 2, 2020. Trial is hereby ADJOURNED *sine die* as to all Defendants.

SO ORDERED.

Dated:  October 2, 2020
        New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge