UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 19 Cr. 462 (KPF) |
| HABEEB AUDU, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

    The Court has received a request from defense counsel in this matter for an extended attorney-client video meeting with Defendant, currently detained in the Metropolitan Correctional Center, Register No. 06757-509.  The Court deems such an accommodation necessary to facilitate review of discovery and other preparations ahead of an upcoming conference with the Court.  Accordingly, the Warden or other responsible official is directed to schedule Mr. Audu for a two-hour attorney-client meeting by video.  If this cannot be accommodated, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290.  The Government is directed to transmit this Order to the appropriate personnel at the MCC.

    SO ORDERED.

Dated:   February 4, 2021
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge