UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>HABEEB AUDU,<br><br>Defendant. | 19 Cr. 462-1 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Habeeb Audu, USM # 06757-509, has been sentenced in the above case to a term of time served plus three (3) months, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:  March 1, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge